

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00721-CR

Jimmy James **BRITE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1419
Honorable Andrew Carruthers, Judge Presiding[1]

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 2, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

---

[1] The Honorable Ray Olivarri presided at the guilt-innocence phase of the trial.